UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                              :

DR. GERALD R. FINKEL,                   :
*as Chairman of the Joint Industry Board of*   :
*the Electrical Industry*,                  :

                              :                     23-CV-1269 (VSB)
                     Plaintiff,   :

                              :                  **OPINION & ORDER**
       - against -                :

                              :

STRUCTURE TONE, LLC,          :

                              :

                Defendant.   :

                              :
--------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On April 29, 2025, I issued an Opinion & Order resolving various pending motions and ordering Plaintiff to file an amended complaint "no later than May 13, 2025." (Doc. 35 at 21.) To date, Plaintiff has not complied with this directive or taken any other action to prosecute this case. Accordingly, it is hereby:

ORDERED that Plaintiff shall comply with my April 29, 2025 Opinion & Order no later than June 3, 2025. Failure to do so or otherwise demonstrate an intent to prosecute this case may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     May 20, 2025
           New York, New York

                                        Vernon S. Broderick
                                        United States District Judge