UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
DR. GERALD R. FINKEL, :
*as Chairman of the Joint Industry Board of* :
*the Electrical Industry*, :
: 23-CV-1269 (VSB)
Plaintiff, :
: **ORDER**
:
- against - :
:
STRUCTURE TONE, LLC, :
:
Defendant. :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

  I am in receipt of Plaintiff's letter indicating that Plaintiff has elected not to pursue any remaining claims and requesting that I "dismiss and close this matter." (Doc. 37.) Accordingly, it is hereby:

  ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: May 21, 2025
   New York, New York

                     Vernon S. Broderick
                     United States District Judge